FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2007 NOV 26 AM 9:54
CLERK_____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| GEORGE A. BROWN, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV407-118 |
| RALPH KEMP, | ) |
| Defendant. | ) |

### ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 26 day of Nov., 2007.

_____
B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA